# Court of Appeals
# of the State of Georgia

ATLANTA,  December 11, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0157.  ALEX HIGDON v. JANE HIGDON.**

Alex Higdon seeks to appeal a trial court order that denied his request to file a petition challenging the legality of the Family Court Division of the Superior Court of Fulton County.[1]  The superior court's order is final as to Higdon's proposed petition, and no provision of OCGA § 5-6-35 (a) appears to apply.  Therefore, it appears that Higdon has a right of direct appeal.

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED, and Higdon shall have ten days from the date of this order to file a notice of appeal with the trial court.  If he has already filed a notice of appeal in the trial court, he need not file a second notice.

---

[1] The trial court previously entered an order prohibiting Mr. Higdon from future filings without first gaining permission from the court.  We affirmed that order on appeal. *Higdon v. Higdon*, 321 Ga. App. 260, 266-267 (4) (739 SE2d 498) (2013).

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* _____12/11/2015_____
          *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*